**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-2367**

GEORGE O. HARRISON, JR.,

        Plaintiff - Appellant,

    v.

CAPITAL ONE SERVICES, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:19-cv-00854-JAG)

Submitted: May 25, 2021                               Decided: May 27, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George O. Harrison, Jr., Appellant Pro Se. Elizabeth Ebanks, Kyle Reese Elliott, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George O. Harrison, Jr., appeals the district court's order granting summary judgment in favor of Capital One Servs, LLC, on his employment discrimination complaint. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *Harrison v. Cap. One Servs., LLC.*, No. 3:19-cv-00854-JAG (E.D. Va. Dec. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*